# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

RICHARD JAMES JOHNSON,  §
    ID # 065808  §
      §
      §
v.  §  CIVIL ACTION NO. 3:25-CV-3511-S-BW
      §
TDCJ PAROLE BOARD  §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, the Petition for a Writ of Habeas Corpus by a Person in State Custody [ECF No. 2] will be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state remedies.

    **SO ORDERED.**

    SIGNED April 6, 2026.

                                      _____
                                       UNITED STATES DISTRICT JUDGE